UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EYBA BROWN                                              CIVIL ACTION

VERSUS                                                  NO. 08-3730

CHARLES G. BLAIZE                                       SECTION "C" (3)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's 42 U.S.C. § 1983 claims are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 19 day of August, 2008.

UNITED STATES DISTRICT JUDGE